HARRY ORLINSKY, Appellant, v. SPA REALTY Co., INC., Respondent.— Action to recover for personal injuries sustained by plaintiff when, as alleged, he fell into an unguarded pit in the basement of defendant's tenement house. Judgment dismissing the complaint at the close of plaintiff's case unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

VERONICA PETRULLA, Also Known as VERONICA ZVIRBLIS, Appellant, v. ELSA BROSLIN, Deceased, Defendant. RICHMOND COUNTY BUILDING AND MUTUAL LOAN ASSOCIATION, Plaintiff, v. ELSA BROSLIN, Individually and as Administratrix, etc., of JOHN BROSLIN, Deceased, ALLISTER K. LONGAIR and Others, Defendants. In the Matter of the Petition of VERONICA PETRULLA, General Guardian of the Person and Property of VERONICA ZVIRBLIS, to Revoke Letters of Administration of ELSA BROSLIN upon the Estate of JOHN BROSLIN, Deceased, for an Accounting and for Other Relief. PAUL D. SEIGEL, Temporary Administrator, Respondent.— Order denying the motion of Veronica Petrulla and Veronica Mardoc to compel the temporary administrator to file and enter his account and to serve a certified copy of the same on the attorney for appellants affirmed, with ten dollars costs and disbursements, payable by appellants. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

ESTHER PRUSSIN, Plaintiff, and LOUIS PRUSSIN, Appellant, v. AARON GOTTLIEB, Respondent.— Action by plaintiffs, husband and wife, to recover damages for alienation of the affections of plaintiff Esther Prussin by the defendant Aaron Gottlieb. Judgment dismissing the complaint modified so as to provide that the dismissal of the complaint is without prejudice, and as so modified unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.